# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CIVIL ACTION NO. 02-10730-MEL

|  |  |
|---|---|
| DONNELL JOHNSON,<br>Plaintiff | ) |
|  | ) |
| v. | ) |
|  | ) |
| PAUL EVANS, WILLIAM MAHONEY,<br>DANIEL KEELER, JAMES DOYLE and<br>CITY OF BOSTON, ET AL<br>Defendants | )<br>)<br>) |

### STIPULATION

The Defendant City of Boston agrees to pay compensatory damages for defendants William Mahoney, Daniel Keeler and James Doyle in their individual capacities, should the plaintiff prevail at trial and obtain a jury verdict awarding him compensatory damages against these individuals, in consideration for which the plaintiff will immediately dismiss with prejudice any and all claims that are alleged or could have been alleged by the plaintiff, Donnell Johnson, against the City of Boston (Count III) and Paul Evans (Count I - in his individual and official capacities) and also to dismiss with prejudice any claims of punitive damages against defendants Mahoney, Keeler and Doyle.  Plaintiff waives all rights of appeal as to the City of Boston and Paul Evans (individual and official capacities) and as to any claim for punitive damages.

For the Plaintiff
Donnell Johnson
By his attorney,

Stephen Hrones, BBO#242860
Hrones & Garrity
Lewis Wharf-Bay 232
Boston, MA 02110
(617) 227-4019

June 20, 2003

For the Defendants,
City of Boston
and Paul Evans
By their attorney,

Susan M. Weise, Esquire
Chief of Litigation
BBO# 545455
City of Boston Law Dept.
City Hall, Room 615
Boston, MA 02201
(617) 635-4040