**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

2004 JAN 28 P 3: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| DONNELL JOHNSON,<br>Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | 02-CV-10730-MEL |
| PAUL EVANS, WILLIAM MAHONEY,<br>DANIEL KEELER, JAMES DOYLE, and<br>THE CITY OF BOSTON<br>Defendant. | )<br>)<br>)<br>)<br>)<br>) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties stipulate that the above-action against

Defendant James Doyle only be dismissed with prejudice and without costs. All right of appeal

waived.

By their attorneys,

Plaintiff, Donnell Johnson,
By his attorney,


Stephen Hrones, Esquire
BBO No. 242860
Hrones & Garrity
Lewis Wharf – Bay 232
Boston, MA 02110
(617) 227-4019

Defendant, James Doyle,
By his attorney,


Philip A. Tracy, Jr., Esquire
BBO No. 501140
DiMENTO & SULLIVAN
7 Faneuil Marketplace
Boston, MA 02109
(617) 523-2345

1

Defendants, City of Boston
And Paul Evans
By their attorney,


Susan M. Weise, Esquire
Chief of Litigation
BBO# 545455
City of Boston Law Dept.
City Hall, Room 615
Boston, MA  02201
(617) 635-4040


Defendant, William Mahoney,
By his attorney,


Douglas L. Louison, Esquire
BBO # 545191
Merrick, Louison & Costello
67 Batterymarch Street
Boston, MA  02110
(617) 439-0305


Defendant, Daniel Keeler,
By his attorney,


John Roache, Esquire
BBO# 421680
Hogan, Roache & Malone
66 Long Wharf
Boston, MA  02110
(617) 367-0330


Dated: January 26, 2004

2