UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


DONNELL JOHNSON,            )
                           )
        Plaintiff,         )
                           )
v.                         )                02-CV-10730-MEL
                           )
                           )
WILLIAM MAHONEY and        )
DANIEL KEELER,             )
                           )
        Defendants.        )                <u>MEMORANDUM AND ORDER</u>


LASKER, D.J.

        Donnell Johnson moves for reconsideration of my Decision of April 26, 2004, granting the motion for summary judgment by defendants William Mahoney and Daniel Keeler.

        This case involves claims that Johnson was unjustly imprisoned for five years, at least, in part because of the behavior of Mahoney and Keeler in allegedly consciously with-holding from evidence in Johnson's original non-jury trial, and thereafter, up to a point, in his jury trial.

        Because of the gravity of the claims made, the case has been handled with particular scrutiny.

        I have carefully considered the points made in the motion for reconsideration and conclude that the reasons proffered are either inaccurate or insufficient to justify

modification of the Decision of April 26, 2004.  Accordingly, the motion for reconsideration must be DENIED.  If the Decision of April 26, 2004, is in error, the plaintiff's remedy is an appeal.

It is so ordered.


Dated:    May 24, 2004                   /s/ Morris E. Lasker,
          Boston, Massachusetts              U.S.D.J.